7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Paul D. Graham and Erin S. Graham (TRNSFD TO SOUTHERN DIV) BELOW MED
*Debtor*

*Bankruptcy Case No.*
12–30940–abf13

**Paul D. Graham**
**Erin S. Graham**
   Plaintiff(s)

*Adversary Case No.*
13–06006–abf

v.

**HSBC**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That judgment is hereby entered in favor of the Debtors/Plaintiffs, and the lien claimed by Defendant, HSBC is avoided pursuant to ll U.S.C. Section 506 and Defendant is allowed a general unsecured non–priority claim.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
   Deputy Clerk

Date of issuance: 3/20/13

Court to serve